Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
### District of Idaho
### Southern Division

U.S. COURTS
SEP 25 2023
Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK DISTRICT OF IDAHO

Owen Karl Jackson

Case No. 1:23-CV-00422
*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: *(check one)* ☐ Yes ☐ No

-v-

Rebecca Petersen
Twin Falls County Treasurer

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Owen Karl Jackson |
| Street Address | 428 Hidden Trail Lane |
| City and County | Twin Falls, Twin Falls County |
| State and Zip Code | ID 83301 |
| Telephone Number | (208) 410-9786 |
| E-mail Address | |

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Rebecca Petersen
- Job or Title *(if known)*: Twin Falls County Treasurer
- Street Address: 630 Addison Ave West
- City and County: Twin Falls, Twin Falls County
- State and Zip Code: ID 83301
- Telephone Number: 208-736-4008
- E-mail Address *(if known)*:

Defendant No. 2
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 3
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
U.S. Const. Amend. 5
U.S. Const. Amend. 7
U.S. Const. Amend. 8
U.S. Const. Amend. 13

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* Owen Karl Jackson, is a citizen of the State of *(name)* Idaho.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* Rebecca Petersen, is a citizen of the State of *(name)* Idaho. Or is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

        Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The controversy involves two properties owned by the plaintiff in the city of Twin Falls, Idaho. The total value of the properties is approximately $ 668,000.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

(1) The plaintiff asserts that the defendant has attempted to wrongfully take possession of a property located at 428 Hidden Trail Lane, Twin Falls, ID owned by the plaintiff.

(2) The plaintiff asserts that the defendant has attempted to wrongfully take possession of a property located at 216 Fillmore St, Twin Falls, ID owned by the plaintiff.

The defendant engaged in such activities on or about May 05, 2023 near or at 630 Addison Ave W. Twin Falls, ID.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The plaintiff is requesting the court issue a temporary restraining order pending an injuction to nullify any relevant tax deeds and accompanying documents. The plaintiff further requests expungement of any outstanding balances held by the defendant against the plaintiff.

The plaintiff has good reason to believe the wrongs are continuing as the defendant has provided written statement of intent. The plaintiff cannot readily identify any evidence that said actions have ceased. (next page)

(continued)
The damages claimed for the property at 428 Hidden Trail are $355,932  The basis for this amount is a 2022 report from the Twin Falls County Assessors Office.
The damages claimed for the property at 216 Fillmore St. are $312,154  The basis for this amount is a 2022 report from the Twin Falls County Assessors Office.
The plaintiff seeks punitive damages totalling $6,000,000.  The plaintiff claims entitlement to said damages due to lost time, wages, and pain and suffering.  The plaintiff also asserts the damages will be a future deterent.

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  Sep 22, 2023

Signature of Plaintiff    *Owen Karl Jackson* (signed)
Printed Name of Plaintiff    Owen Karl Jackson

### B.     For Attorneys

Date of signing: _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Street Address    _____
State and Zip Code    _____
Telephone Number    _____
E-mail Address    _____

